# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2014

148305(68)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

FERONDA MONTRE SMITH,
        Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148305
COA: 304935
Genesee CC: 08-023581-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time to file his brief on appeal is GRANTED. The brief submitted on September 19, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2014


_____